**Opinion issued July 12, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00198-CR

————————————

## CHARLES DWAYNE FAULK, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the 185th District Court
Harris County, Texas
Trial Court Case No. 1476053

## MEMORANDUM OPINION

A jury found appellant, Charles Dwayne Faulk, guilty of the felony offense of aggravated robbery with a deadly weapon and assessed punishment at confinement for fifty years.[1] The trial court imposed sentence on February 26, 2016. Appellant

---

[1] TEX. PENAL CODE ANN. § 29.03(a)(2) (Vernon 2011).

filed a notice of appeal and, on March 24, 2016, timely filed a motion for new trial. *See* TEX. R. APP. P. 21.4(a). The trial court granted the motion on May 6, 2016. *See* TEX. R. APP. P. 21.8(a).

The granting of a motion for new trial restores the case to its position before the former trial and renders the appeal moot. *See* TEX. R. APP. P. 21.9(b). Because there is no conviction to be appealed, we have no jurisdiction to consider appellant's appeal. *See Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.).

Accordingly, we dismiss the appeal for lack of jurisdiction. *See* TEX. R. APP. P. 43.2(f). We dismiss all pending motions as moot.

We direct the Clerk of this Court to issue the mandate within ten days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.
Do not publish. TEX. R. APP. P. 47.2(b).